**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CLYDE W. MUNZEL, as Trustee of the
CLYDE W. MUNZEL REVOCABLE
TRUST, under agreement dated May 3, 2005,

    Plaintiff,

Case No.: 8:21-cv-02185-WFJ-AAS

v.

HILLSBOROUGH COUNTY, a political
subdivision of the State of Florida;
CARMINE PISANO, an individual;
and JOHN DOE, and individual,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF RELATED ACTION**

In accordance with Local Rule 1.07(c), Plaintiff, Clyde W. Munzel, as Trustee of the Clyde W. Munzel Revocable Trust, under agreement dated May 3, 2005, by and through the undersigned counsel, hereby certifies that the instant action:

__X__ IS related to pending or closed civil or criminal cases(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below: Hillsborough County Code Enforcement Case Number CE17016144.

_____ IS NOT related to pending or closed civil or criminal case(s) previously filed with this Court, or any other Federal or State court, or administrative agency.

**[SPACE INTENTIONALLY LEFT BLANK]**

Dated: September 23, 2021.

        Respectfully submitted,

        */s/ Christopher L. DeCort*
        CHRISTOPHER L. DECORT (Lead Counsel)
        Florida Bar No. 89009
        cdecort@jclaw.com
        JAMES JEFFREY BURNS
        Florida Bar No. 111395
        jburns@jclaw.com
        **JOHNSON, CASSIDY,**
        **NEWLON & DECORT, P.A.**
        2802 N. Howard Ave
        Tampa, Florida 33607
        Telephone: (813) 699-4859
        Facsimile: (813) 235-0462
        Secondary: swalker@jclaw.com
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 23, 2021, a true and correct copy of the foregoing was electronically filed with the United States District Court, Middle District of Florida, by using the CM/ECF System, which will serve a copy on all counsel of record.

        */s/ Christopher L. DeCort*
        Attorney